# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>DAVID WELLS, )<br>)<br>Defendant. ) | No. 3:18-CR-157<br>Chief Judge Pamela L. Reeves |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Debra C. Poplin [R. 139]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that the Defendant remain detained pending his sentencing hearing and that his Motion for Release [R. 126] be denied.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation [R. 139], which the Court adopts and incorporates into

its ruling, that the Defendant remain detained pending his sentencing hearing and that his Motion for Release [R. 126] is **DENIED**.

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**